UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | 1:96-CR-5288 REC |
| ) | |
| Plaintiff, ) | NEW CASE NUMBER: |
| ) | |
| v. ) | 1:96-CR-5288 OWW |
| ) | |
| **CARNELL BERNARD ANTHONY,** ) | |
| ) | ORDER REASSIGNING CASE |
| Defendant. ) | |

**The defendant having filed a motion for reduction of sentence pursuant to 18 USC 3582(c)(2) it is ordered that this matter be reassigned from th docket of United States District Judge Robert E. Coyle, to the docket of United States District Judge Oliver W. Wanger.**

**It is further ordered that a status conference will be held in this matter on June 16, 2008 at 9:00 a.m. in Courtroom Three before United States District Judge Oliver W. Wanger.**

IT IS SO ORDERED.

**Dated:   May 5, 2008**              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE