```
DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARNELL BERNARD ANTHONY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. F 96-5288 OWW |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO REDUCE** |
| ) | **SENTENCE PURSUANT TO 18 U.S.C.** |
| v. ) | **§ 3582(c)(2)** |
| ) | |
| CARNELL BERNARD ANTHONY, ) | **RETROACTIVE CRACK COCAINE** |
| ) | **REDUCTION CASE** |
| Defendant. ) | |
| ) | |
| _____ ) | |

Defendant, CARNELL BERNARD ANTHONY, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kevin P. Rooney, hereby stipulate as follows:

1. Mr. Anthony filed a pro se motion to reduce his sentence on April 28, 2008;

2. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

3. The sentencing range applicable to Mr. Anthony was

subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

    4.   Accordingly, Mr. Anthony's adjusted offense level has been reduced from 31 to 29, and a sentence at the high end of the new guideline range would be 188 months;

    5.   Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Anthony's term of imprisonment to a term of 188 months.

Dated:  June __, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR SCOTT<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Kevin P. Rooney*<br>KEVIN P. ROONEY<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>CARNELL BERNARD ANTHONY |

**ORDER**

This matter came before the Court on the pro se motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed April 28, 2008.  The matter was set for status conference on June 16, 2008, but in light of the stipulation between the parties, that hearing is VACATED.

On December 29, 1997, this Court sentenced Mr. Anthony to a term of imprisonment of 235 months.  The parties agree, and the Court finds, that Mr. Anthony is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 31 to 29.

IT IS HEREBY ORDERED that the term of imprisonment originally

STIPULATION and ORDER TO REDUCE SENTENCE

imposed is reduced to a term of 188 months.

    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

    Unless otherwise ordered, Mr. Anthony shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

IT IS SO ORDERED.

**Dated:   June 14, 2008**　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

STIPULATION and ORDER TO REDUCE SENTENCE
-3-