# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:96-CR-05288-001 |
| CORNELL ANTHONY ) | USM No: 09532-097 |
| Date of Previous Judgment: 1/12/1998 ) | DAVID M. PORTER |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X  the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   235   months **is reduced to**   188   months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:   31                   Amended Offense Level:   29
Criminal History Category:   VI                Criminal History Category:   VI
Previous Guideline Range:   188   to   235   months    Amended Guideline Range:   151   to   188   months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   1/12/1998   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   6/30/08                             /s/ OLIVER W. WANGER
                                                  Judge's signature

Effective Date:                                   OLIVER W. WANGER, US DISTRICT JUDGE
       (if different from order date)             Printed name and title